UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN RONALD BIRD,<br>    Petitioner, | §<br>§<br>§ | |
| vs. | § | NO. C-06-156 |
| | § | |
| NATHANIEL QUARTERMAN,[1]<br>Director, TDCJ-CID<br>    Respondent. | §<br>§<br>§<br>§ | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

Respondent's motion for an extension of time to file his response (D.E. 11) is granted.

Respondent's answer or responsive pleading is due on or before **Friday, August 4, 2006.**

ORDERED this 10th day of July, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

---

[1] Effective June 1, 2006, Nathaniel Quarterman succeeded Douglas Dretke as the Director of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID). The Clerk shall substitute Nathaniel Quarterman as the proper respondent in place of Douglas Dretke. FED. R. CIV. P. 25(d)(1).