IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN RONALD BIRD, JR. | § | |
|     Petitioner | § | |
| | § | |
| VS. | § | C.A. NO. C-06-156 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| DIRECTOR, TEXAS DEPARTMENT | § | |
| OF CRIMINAL JUSTICE– | § | |
| INSTITUTIONAL DIVISION, | § | |
|     Respondent | § | |

## ORDER TO PRODUCE LEGIBLE COPIES

Pending is respondent's motion to dismiss filed on August 2, 2009 (D.E. 13). In conjunction with the motion to dismiss, respondent filed 56 pages of supporting documents, most of which are copies of records from the disciplinary hearings about which petitioner complains and also the grievances he filed. Unfortunately, many of the documents are completely illegible.

If respondent wishes for his motion to be considered, he must submit legible copies of his supporting documents. The illegible documents are identified by respondent as the following: DHR at 2, 5, 6, 7, 9, 11, 14, 15, 16, 18, 20, 23, 24, 25, 26, 28 and 30.[1] Respondent is ordered to produce legible copies of the documents identified above on or before October 2, 2006.

Ordered this 12th day of September, 2006.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

---

[1] Using the District Clerk's page numbering system, the documents are identified as follows: D.E. 14-1, pp. 15, 18, 19, 20, 22, 25, 28, 29, 30, 32, 35, 38, 39, 40 and D.E. 14-2, pp. 1, 3, 6.